## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Frazier v. X Corp.**　　　　　　　　　　　　　　　Docket No.: **24-1948**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Melissa D. Hill**

Firm: **Morgan, Lewis & Bockius LLP**

Address: **101 Park Avenue, New York, NY  10178**

Telephone: **212.309.6318**　　　　Fax: **212.309.6001**

E-mail: **melissa.hill@morganlewis.com**

Appearance for: **Appellants X Corp., formerly known as Twitter, Inc., and X Holdings Corp., formerly known as X Holdings I, Inc.**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Michael E. Kenneally / Morgan, Lewis & Bockius LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **September 10, 2020**　　OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Melissa D. Hill**

Type or Print Name: **Melissa D. Hill**