# Morgan Lewis

**Michael E. Kenneally**
Partner
+1.202.739.5893
michael.kenneally@morganlewis.com

August 8, 2024

**VIA CM/ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Frazier v. X Corp.*, No. 24-1948
<u>Appellants' Scheduling Request</u>

Dear Ms. O'Hagan Wolfe:

This firm represents Appellants X Corp., formerly known as Twitter, Inc., and X Holdings Corp., formerly known as X Holdings I, Inc. in the above-captioned matter. In accordance with Local Rule 31.2(a)(1)(A), we write to respectfully request that the Court set October 31, 2024, as the due date for Appellants' principal brief. This date is 91 days after August 1, 2024, the date on which Appellants filed Form D, indicating no transcript will be ordered.

Respectfully submitted,

<u>/s/ Michael E. Kenneally</u>
Michael E. Kenneally

MEK/emh
cc: All Counsel of Record (Via CM/ECF)