# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of August, two thousand twenty-four,

Burgious Frazier, Jr., Wayne Krug, Ben Perez, Vanessa Szajnberg, Nicholas Tapalansky, Shelly Yip, Yosub Kim,

      Petitioners - Appellees,

v.

X Corp., formerly known as Twitter, Inc., X Holdings Corp, formerly known as X Holdings I, Inc.,

      Respondents - Appellants.

**ORDER**
Docket No. 24-1948

Counsel for APPELLANTS have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 31, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before October 31, 2024. The appeal is dismissed effective October 31, 2024 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

