## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: __Frazier v. X Corp._____ Docket No.: __24-1948_____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: __Christopher McNerney__

Firm: __Outten & Golden LLP__

Address: __685 3rd Ave 25th Floor, New York, NY 10017__

Telephone: __347-390-2165_____ Fax: _____

E-mail: __cmcnerney@outtengolden.com__

Appearance for: __Petitioner - Appellee__
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____)
(name/firm)

[✓] Additional counsel (co-counsel with: __Akiva M. Cohen Kamerman Uncyk Soniker & Klein, P.C.__)
(name/firm)

[ ] Amicus (in support of: _____)
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on __8/7/2019_____ OR

[ ] I applied for admission on _____.

Signature of Counsel: __/s/ Christopher McNerney__

Type or Print Name: __Christopher McNerney__